# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Westway Terminal Cincinnati LLC, et al.,

       Plaintiff,                    Case No.     1:11cv454

                                      Bertelsman, J.
vs.                                      Bowman, M.J.

Hart Industries, Inc.,

       Defendant.

**ORDER**

Counsel are ordered to file a Joint Status Report by July 13, 2012.

                                          <u>*/s/ Stephanie K. Bowman*</u>
                                          United States Magistrate Judge